# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

---

William J. Ellington,                              **Civil File No. 08-cv-2026 JWL/DJW**

    Plaintiff,

vs.                                                                                **ORDER**

Capital Management Services LP,

    Defendant.

---

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                                                 BY THE COURT

Dated: April 7, 2008                             s/ John W. Lungstrum
                                                                 Judge of United States District Court